No. 907, Misc. SKOLNICK v. KNOCH, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and for other relief denied.

No. 969, Misc. MASON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN ET AL. Motion for leave to file petition for writ of injunction and for other relief denied.

No. 924, Misc. SCOTT v. DAWKINS, U. S. DISTRICT JUDGE; and

No. 935, Misc. HUSTON v. KANSAS. Motions for leave to file petitions for writs of mandamus denied.

No. 953, Misc. SMITH ET AL. v. STANLEY, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *James B. Flack* for petitioners. *Robert C. Londerholm,* Attorney General of Kansas, and *Kenton C. Granger,* Assistant Attorney General, for respondent.

No. 904, Misc. ORTEGA v. MONTANTE, JUDGE. D. C. E. D. Mich. Motion for leave to file petition for writ of certiorari denied.

No. 724. DUSCH ET AL. v. DAVIS ET AL. Appeal from C. A. 4th Cir. Further consideration of question of jurisdiction in this case postponed to hearing of case on the merits. Case placed on summary calendar and set for argument immediately following No. 491. In addition to the merits of case, counsel directed to brief and present oral argument on question whether a three-judge court should have been convened. *Archibald G. Robertson* for appellants. *Henry E. Howell, Jr.,* for appellees.